**Ronald J. Clark**, OSB #880328
E-mail:    ron.clark@bullivant.com
**Bryana L. Blessinger**, OSB #084622
E-mail:    bryana.blessinger@bullivant.com
**Richard Williams**, OSB #144638
E-mail:    richard.williams@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CENTURY SURETY COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **AGEAN, INC.** dba **PALLAS CLUB**; an Oregon corporation; **R.S.**, an individual, <br><br> Defendants. | Civil No.: 3:18-cv-02077-BR <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's April 23, 2019 minute order (ECF #47), the parties submit the

following joint status report concerning Plaintiff's pending Motion for Partial Summary

Judgment (ECF #15) and Agean Inc.'s pending Cross-motion for Partial Summary Judgment

(ECF #39).

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**JOINT STATUS REPORT**
**Page 1**

The parties have reviewed the recently-filed Fourth Amended Complaint from the underlying state court case, and have conferred.  The parties jointly believe that the allegations in the Fourth Amended Complaint are such that the arguments in the motions for partial summary judgment previously filed in this case are outdated and that the motions for partial summary judgment pending in this case should be withdrawn.  Further review and analysis of the Fourth Amended Complaint is necessary before a final decision can be made as to whether further motions will be filed regarding the duty to defend.

DATED:  May 2, 2019

BULLIVANT HOUSER BAILEY PC

s/ Ronald J. Clark
**Ronald J. Clark**, OSB #880328
ron.clark@bullivant.com
**Bryana L. Blessinger, OSB #084622**
bryana.blessinger@bullivant.com
**Richard Williams**, OSB #144638
richard.williams@bullivant.com
*Attorneys for Plaintiff*

FOREMAN STURM & THEDE LLP

s/ Nicholas A. Thede
**Kyle A. Sturm, OSB #080214**
kyle@foremansturm.com
**Nicholas A. Thede, OSB #075460**
nick@foremansturm.com
*Attorneys for Defendant Agean, Inc.*

MALONEY LAUERSDORF REINER, PC

s/ Janis C. Puracal
**Andrew C. Lauersdorf, OSB #980739**
acl@mlrlegalteam.com
**Janis C. Puracal, OSB #132288**
jcp@mlrlegalteam.com
**Christine A. Webb, OSB #184744**
caw@mlrlegalteam.com
*Attorneys for Defendant R.S.*

4827-8563-0102.1 24104/00009

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**JOINT STATUS REPORT**
**Page 2**